1  Scott M. Bonesteel, Esq. (SBN 125921)
   Dolores E. Gonzales, Esq. (SBN 171306)
2  SUMMERS & SHIVES, A.P.C.
   8755 Aero Drive, Suite 230
3  San Diego, CA 92123-1750
   Telephone: (858) 874-1800
4  Facsimile: (858) 874-1888

5  Attorneys for Defendants/Cross-Defendants
   THOR INDUSTRIES, INC.; and DUTCHMEN MANUFACTURING, INC.

6

7

8              UNITED STATES DISTRICT COURT

9         IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| PAUL TIDWELL and INKA CHRISTIANSEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOR INDUSTRIES, INC.; DUTCHMEN MANUFACTURING, INC.; NORCO INDUSTRIES, INC.; and AFFORDABLE RV RENTALS, INC.,<br><br>Defendants.<br>_____<br>AFFORDABLE RV RENTALS INC.,<br><br>Cross-Claimant,<br><br>v.<br><br>THOR INDUSTRIES, INC.; DUTCHMEN MANUFACTURING, INC.; NORCO INDUSTRIES, INC.; and ROES 1 through 10, inclusive,<br><br>Cross-Defendants.<br>_____ | CASE NO: 05-CV-2088 MJL(BLM)<br><br>**STIPULATION FOR EXTENSION OF DUE DATE AS TO EXPERT DISCLOSURES; AND** [PROPOSED] **ORDER THEREON**<br><br><br>Complaint Filed: 11/08/05<br>Trial Date: Not Yet Set |

26   PLEASE TAKE NOTICE THAT the parties hereto, through their respective counsel,
27 stipulate to an extension of the due date for all parties' Expert Disclosures. Currently, the
28 Expert Disclosures are due on June 25, 2007 and Rebuttal Expert Disclosures are due on July

1. 16, 2007 and if granted, would now be extended 2 weeks respectively. Expert Disclosures would be due on July 9, 2007 and Rebuttal Expert Disclosures would be due on July 30, 2007.

Good cause exists for the requested continuance as follows:

- All parties will be participating in a Mandatory Settlement Conference before the Honorable Barbara L. Major on Friday, June 22, 2007. As this matter is now proceeding solely as to the individual trailer purchased by Plaintiffs, as opposed to the originally pled class action allegations, the parties are optimistic that a settlement will be achieved at the upcoming settlement conference.

Good cause appearing, by way of stipulation, the parties respectfully request that the due date of all parties' Expert Disclosures and Rebuttal Expert Disclosures be extended to 2 weeks.

**IT IS SO STIPULATED.**

ROSNER LAW & MANSFIELD

Dated: June 18/07        By: _____
                              Hallen D. Rosner, Esq.
                              Jennifer Daniel-Duckering, Esq.
                              Attorney for Plaintiffs,
                              PAUL TIDWELL and INKA CHRISTIANSEN

SUMMERS & SHIVES, A.P.C.

Dated: 6-18-07          By: _____
                              Dolores E. Gonzales, Esq.
                              Attorney for Defendants,
                              THOR INDUSTRIES, INC.; and DUTCHMEN
                              MANUFACTURING, INC.

LUCAS & HAVERKAMP LAW FIRM

Dated: _____      By: _____
                              Stephen D. Lucas, Esq.
                              Attorney for Defendant,
                              NORCO INDUSTRIES, INC.

///
///
///

Page 2
STIPULATION FOR EXTENSION OF EXPERT DISCLOSURES; & [PROPOSED] ORDER THEREON

16, 2007 and if granted, would now be extended 2 weeks respectively. Expert Disclosures would be due on July 9, 2007 and Rebuttal Expert Disclosures would be due on July 30, 2007.

Good cause exists for the requested continuance as follows:

- All parties will be participating in a Mandatory Settlement Conference before the Honorable Barbara L. Major on Friday, June 22, 2007. As this matter is now proceeding solely as to the individual trailer purchased by Plaintiffs, as opposed to the originally pled class action allegations, the parties are optimistic that a settlement will be achieved at the upcoming settlement conference.

Good cause appearing, by way of stipulation, the parties respectfully request that the due date of all parties' Expert Disclosures and Rebuttal Expert Disclosures be extended to 2 weeks.

**IT IS SO STIPULATED.**

**ROSNER LAW & MANSFIELD**

Dated: _____     By: _____
Hallen D. Rosner, Esq.
Jennifer Daniel-Duckering, Esq.
Attorney for Plaintiffs,
PAUL TIDWELL and INKA CHRISTIANSEN

**SUMMERS & SHIVES, A.P.C.**

Dated: _____     By: _____
Dolores E. Gonzales, Esq.
Attorney for Defendants,
THOR INDUSTRIES, INC.; and DUTCHMEN MANUFACTURING, INC.

**LUCAS & HAVERKAMP LAW FIRM**

Dated: 6/19/07     By: _____
Stephen D. Lucas, Esq.
Attorney for Defendant,
NORCO INDUSTRIES, INC.

///
///
///

JUN-19-2007
Case 3:05-cv-02088-L-BLM   Document 65   Filed 06/21/07   PageID.1351   Page 4 of 7
Case 3:05-cv-02088-L-BLM   Document 64   Filed 06/19/2007   Page 4 of 7
Fax:000000000   Jun 18 2007 16:38   P.04

|   |   |   |
|---|---|---|
| | | ALLEN MATKINS |
| Dated: 6/19/07 | By: | [signature] |
| | | Geroge J. Berger, Esq. |
| | | Attorney for Defendant, |
| | | NORCO INDUSTRIES, INC. |
| | | THARPE & HOWELL |
| Dated: _____ | By: | _____ |
| | | E. A. Tharpe, III, Esq. |
| | | Attorney for Defendant, |
| | | AFFORDABLE RV RENTAL, INC. |

The Court having considered the Stipulation for an Extension of the Due Date as to Expert Disclosures, hereby orders that:

- Expert Disclosures are due from all parties on July 9, 2007; and
- Rebuttal Expert Disclosures are due from all parties on July 30, 2007.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
Southern ~~CENTRAL~~ DISTRICT OF CALIFORNIA

Dated: 6/21/07    By: [signature]
Honorable Barbara L. Major

ALLEN MATKINS

Dated: _____    By: _____
Geroge J. Berger, Esq.
Attorney for Defendant,
NORCO INDUSTRIES, INC.

THARPE & HOWELL

Dated: 6/19/07    By: _____
E. A. Tharpe, III, Esq.
Attorney for Defendant,
AFFORDABLE RV RENTAL, INC.

The Court having considered the Stipulation for an Extension of the Due Date as to Expert Disclosures, hereby orders that:

- Expert Disclosures are due from all parties on July 9, 2007; and
- Rebuttal Expert Disclosures are due from all parties on July 30, 2007.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Dated: _____    By: _____
Honorable Barbara L. Major

| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| TITLE OF CASE (Abbreviated)<br>**Tidwell v. Thor Industries, Inc. et al.** | |
| ATTORNEY(S) NAME AND ADDRESS<br>Dolores E. Gonzales, Esq.<br>**SUMMERS & SHIVES**<br>8755 Aero Drive, Suite 230<br>San Diego, California 92123-1750 | TELEPHONE<br>(858) 874-1800<br>FAX: (858) 874-1888 |
| ATTORNEY(S) FOR:<br>Defendant THOR INDUSTRIES, INC.; DUTCHMEN MANUFACTURING, INC. | HEARING: DATE-TIME-DEPT | CASE NUMBER<br>05-CV-2088 MJL(BLM) |

## DECLARATION OF SERVICE

I, the undersigned, declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 8755 Aero Drive, Suite 230, San Diego, California 92123-1750.

I served the following document(s):

**STIPULATION FOR EXTENSION OF DUE DATE AS TO EXPERT DISCLOSURES; AND [PROPOSED] ORDER THEREON**

on the parties in this action addressed as follows:

See attached service list.

__X__ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on June 19, 2007. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **BY FACSIMILE:** I personally sent to the addressee's telecopier number a true copy of the above-described document(s) on June 19, 2007. Thereafter, I verified the transmission.

____ **BY OVERNIGHT MAIL:** I placed a true copy in a sealed FEDERAL EXPRESS envelope addressed as indicated above, on June 19, 2007. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On that same day, in the ordinary course of business, it is deposited with FEDERAL EXPRESS for next day priority (by 10:30 a.m.) delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 19, 2007, at San Diego, California.

*/s/ Jeanne Roden*
JEANNE M. RODEN

Page 4
STIPULATION FOR EXTENSION OF EXPERT DISCLOSURES; & [PROPOSED] ORDER THEREON

<u>Tidwell v. Thor Industries, Inc., et al.</u>  (1013)
USDC - Southern District of CA Case Number 05-CV-2088 MJL(BLM)

## SERVICE LIST

| COUNSEL | PHONE/FAX NOS. | REPRESENTING |
|---|---|---|
| Hallen D. Rosner, Esq.<br>Alan M. Mansfield, Esq.<br>Jennifer Daniel-Duckering, Esq.<br>ROSNER LAW & MANSFIELD<br>10085 Carroll Canyon Road, Suite 100<br>San Diego, CA 92131 | (858) 348-1005<br><br>FAX (858) 348-1150 | PLAINTIFFS |
| Stephen D. Lucas, Esq.<br>LUCAS & HAVERKAMP LAW FIRM<br>4350 Executive Drive, Suite 260<br>San Diego, CA 92121 | (858) 535-4000<br><br>FAX (858) 535-4001 | NORCO INDUSTRIES, INC. |
| George J. Berger, Esq.<br>ALLEN MATKINS<br>501 West Broadway, 15th Floor<br>San Diego, CA 92101 | (619) 233-1155<br><br>FAX (619) 233-1158 | NORCO INDUSTRIES, INC. |
| E. A. Tharpe, III, Esq.<br>THARPE & HOWELL<br>1221 East Dryer Road, Suite 220<br>Santa Ana, CA 92705-5635 | (714) 437-4900<br><br>FAX (714) 437-7997 | AFFORDABLE RV RENTAL, INC. |

1