# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL TIDWELL and INKA CHRISTIANSEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOR INDUSTRIES, INC.; DUTCHMEN MANUFACTURING, INC.; NORCO INDUSTRIES, INC.; and AFFORDABLE RV RENTALS, INC.,<br><br>Defendants. | Civil No. 05-CV-2088-L(BLM)<br><br>**ORDER GRANTING MOTION TO DISMISS ACTION WITH PREJUDICE [doc. # 72]** |

Good cause appearing, **IT IS ORDERED** that this action is dismissed with no class notice required and without prejudice as to the absent class members, and with prejudice as to the claims of plaintiffs in their individual capacity. Each party to bear their respective costs, except as otherwise agreed between them.

**IT IS SO ORDERED.**

DATED: January 22, 2008

M. James Lorenz
United States District Court Judge

/ / /

/ / /

05CV2088

COPY TO:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL